UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-682 (SHS) |
| -v- | : | ORDER |
| COREY SUMLIN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant's "Motion to File Supplemental Pleadings Pursuant to Fed. R. Civ. P. 15(d)" [Doc. No. 50].

IT IS HEREBY ORDERED that defendant's motion [Doc. No, 50] is denied. Even taking into consideration this additional information, the Court adheres to its denial of defendant's motion for reconsideration. The Clerk of Court is directed to mail a copy of this Order to defendant as follows: Corey Sumlin [69079-054], Federal Correctional Complex – Allenwood Med., P.O. Box 2000, White Deer, PA 17887, and enter a notation on the docket as to the mailing.

Dated: New York, New York
       August 4, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1