UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
          -v-                                                            :         18-CR-682 (JMF)
                                                                              :         22-CR-216 (JMF)
COREY SUMLIN,                                                 :
:                    ORDER
                              Defendant.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 16, 2023, Defendant Corey Sumlin appeared before the Court, admitted to the three specifications set forth in the Probation Department's Request for Summons dated March 2, 2023, and was sentenced to time served and three years of supervised release.  Although the specifications were filed in *both* the above-captioned cases, neither the parties nor the Court discussed that fact during the May 16, 2023 proceeding, or made reference to the 18-CR-682 case, and the Court entered judgment in 22-CR-216 alone.  *See* 22-CR-216, ECF No. 25.

      In light of the foregoing, and to ensure a clean record, the Court is inclined to dismiss the specifications in 18-CR-682.  Any objection to dismissal of the specifications in 18-CR-682 shall be filed by **July 7, 2023**.  Absent an objection filed by that date, the specifications will be deemed dismissed (in 18-CR-682 alone).

      SO ORDERED.

Dated:  June 29, 2023
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge